**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2023-KA-0163

State Of Louisiana

- - Versus - -

Thomas Christopher Rider

22nd Judicial District Court
Case #: 07832021
St. Tammany Parish

On Application for Rehearing filed on 11/27/2023 by State of Louisiana
Rehearing _____ *DENIED* _____

_____
Mitchell R. Theriot

_____
Elizabeth Wolfe

_____
Hunter Greene

Date **NOV 3 0 2023**
_____
Rodd Naquin, Clerk